UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 19-51850-cag |
| | § | |
| Michael Christian Cavazos | § | Chapter 7 |
| | § | |
| DEBTOR | § | |
| | § | Judge: Craig A. Gargotta |

## NOTICE OF CHANGE OF ADDRESS

**Debtor's Former Mailing Address was:**

Michael Christian Cavazos
3822 Adams Circle
Eagle Pass, TX 78852

**Please be advised that Debtor's new mailing address is:**

Michael Christian Cavazos
P.O. Box 2574
Eagle Pass, TX 78853

DATE: <u>January 8, 2019.</u>      /s/ Joris Robert Vanhemelrijck
Joris Robert Vanhemelrijck (24056468)
Attorney for Debtor
*VANHEMELRIJCK LAW OFFICES, LP*.
1100 N.W. Loop 410, Suite 215
San Antonio, TX 78213
Ph: 1-210-804-1529
Fax: 1-866-830-3521
jrv@vanlaws.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice was served via ordinary mail and/or electronically upon the following interested parties on this day.

DATE: January 8, 2019.	/s/ Joris Robert Vanhemelrijck
Joris Robert Vanhemelrijck (24056468)
Attorney for Debtor
*VANHEMELRIJCK LAW OFFICES, LP*.
1100 N.W. Loop 410, Suite 215
San Antonio, TX 78213
Ph: 1-210-804-1529
Fax: 1-866-830-3521
jrv@vanlaws.com

Notice Electronically to:

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
PO Box 1539
San Antonio, TX 78295-1539
(210) 472-4640
USTPRegion07.SN.ECF@usdoj.gov

Mary K Viegelahn
Chapter 13 Trustee
10500 Heritage Blvd Suite 201
San Antonio, TX 78216
(210) 824-1460
documents@sach13.com